# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

KENDRICK WILEY, ADC #139566                                                        PLAINTIFF

v.                      2:17CV00036-JLH-JTK

MIKE NEAL, et al.                                                          DEFENDANTS

## **ORDER**

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. There have been no objections. After a review of those proposed findings and recommendations, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that Defendants Mike Neal and Gloria Hunter are DISMISSED without prejudice for failure to state a claim upon which relief may be granted.

IT IS SO ORDERED this 25th day of April, 2017.

*/s/ J. Leon Holmes*
_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE