# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

KENDRICK WILEY,
ADC #139566                                                              PLAINTIFF

No. 2:17CV00036-JLH-JTK

MIKE NEAL, et al.                                                        DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. There have been no objections. After a review of those proposed findings and recommendations, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that Defendant's Motion for Summary Judgment (Doc. No. 22) is GRANTED, and Plaintiff's Complaint is DISMISSED with prejudice.

An appropriate Judgment shall accompany this Order.

IT IS SO ORDERED this 26th day of January, 2018.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE