# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

KENDRICK WILEY,
ADC #139566                                                            PLAINTIFF

No. 2:17CV00036-JLH-JTK

MIKE NEAL, et al.                                                              DEFENDANTS

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered, and Adjudged that this case is DISMISSED with prejudice. The relief sought is denied.

IT IS SO ADJUDGED this 26th day of January, 2018.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE